

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shriram Harid*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     *Main: (973) 645-2700*
*Newark, New Jersey 07102*     *Direct: (973) 645-2728*
*shriram.harid2@usdoj.gov*

August 8, 2026

**Via Electronic Filing**
Hon. Robert Kirsch
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:  *Molina Parada v. Blanche* et al., No. 26-cv-3742 (RK)
>        Petitioner's Release

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's August 4, 2026 Order (ECF No. 11), which ordered Petitioner's release within 48 hours. U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that it released Petitioner from its custody on the same day—August 4, 2026—at approximately 4 p.m. ICE has further advised this Office that Petitioner was released from its custody with all his belongings and without imposition of additional conditions of release.

Respondents respectfully request that this matter be closed.

We thank this Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date: August 10, 2026**

Hon. Robert Kirsch, U.S.D.J.
August 8, 2026
Page 2

By:

SHRIRAM HARID
Assistant United States Attorney
*Attorneys for Respondents*

cc:    All counsel of record (*via electronic filing*)

Encl.